**This order is SIGNED.**

**Dated: September 4, 2025**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*slo*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 23-22356 |
| DARREN NELSON, | Chapter 7 |
| Debtor. | Hon. Kevin R. Anderson |

### ORDER SEALING MEMORANDUM DECISION ON TRUSTEE'S OBJECTION TO EXEMPTION (ECF No. 42) AND MOTION FOR TURNOVER (ECF No. 58)

The Chapter 7 Trustee filed an objection to the Debtor's claimed exemption in appliances and later a motion for the turnover of the refund the Debtor received when he canceled the order for those appliances. On July 22, 2025, this Court held an evidentiary hearing on the Trustee's motions at which the Debtor, Michael F. Thomson as Chapter 7 Trustee, and Jory Trease, Esq. were examined as witnesses. At the conclusion of the hearing, the Court took the matter under advisement. Unfortunately, on or about July 28, 2025, the Debtor passed away.

Judge Anderson is retiring on September 4, 2025, but he has made his ruling on the Trustee's motions as set forth in his *Memorandum Decision On Trustee's Objection To Exemption (ECF No. 42) And Motion For Turnover (ECF No. 58)* (hereinafter the "Memorandum Decision"). However, given the Debtor's passing, Judge Anderson's retirement, and the circumstances of this case, the Court feels strongly that the Memorandum Decision should be sealed until the deceased

1

Debtor's estate has had the opportunity to review the background of the Debtor's case, the merits

of the Trustee's motions, and the testimony at the hearing to make an informed decision if it wishes

to propose a settlement to the Trustee or to request the Court to unseal the Memorandum Decision.

Therefore, the Court hereby **ORDERS:**

1.      The Court's Memorandum Decision is to be immediately sealed upon its

entry on the Court docket.

2.      The Court's Memorandum Decision shall remain sealed until an authorized

representative of the deceased Debtor's estate makes a written motion or request to the

Court for it to be unsealed. The Court has the discretion to require that this motion be

noticed and set for a hearing, or it may be granted on an *ex parte* basis.

3.      If the deceased Debtor's estate and the Trustee reach a settlement that

includes a provision that the Memorandum Decision shall remain sealed, it shall be so in

perpetuity. Otherwise, as set forth in paragraph 2 above, the Memorandum Decision may

be unsealed at the request of the deceased Debtor's estate.

4.      At any time, if the presiding judge over this case determines that it is

appropriate and in the best interests of the estate to unseal the Memorandum Decision, the

Court may do so *sua sponte* or upon the motion of the Trustee.

_____END OF DOCUMENT_____

——ooo0ooo——

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER SEALING MEMORANDUM DECISION ON TRUSTEE'S OBJECTION TO EXEMPTION (ECF No. 42) AND MOTION FOR TURNOVER (ECF No. 58)** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:


- Jeffery A Balls    jballs@parrbrown.com,
  wtuckett@parrbrown.com;calendar@parrbrown.com
- Joseph M.R. Covey    jcovey@parrbrown.com,
  calendar@parrbrown.com;lstumpf@parrbrown.com
- Carson Heninger    heningerc@gtlaw.com, carson-heninger-
  5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Michael R. Johnson    mjohnson@rqn.com,
  docket@rqn.com;ASanchez@rqn.com;RQN@ecfalerts.com
- Melanie Jones-Cannon    mjonescannon@rqn.com, docket@rqn.com;ecasaday@rqn.com
- Jeremy C. Sink    jsink@kmclaw.com, mcarlson@kmclaw.com
- Michael F. Thomson    thomsonm@gtlaw.com,
  stuverm@gtlaw.com;Suzanne.Williams@gtlaw.com;ut17@ecfcbis.com
- Michael F. Thomson    thomsonm@gtlaw.com, stuverm@gtlaw.com;mike-thomson-
  2584@ecf.pacerpro.com
- Jory L. Trease    caseinfo@jltlawut.com,
  jorytrease@msn.com;janci@jltlawut.com;myecfemail.jtbankruptcy@gmail.com;r47629
  @notify.bestcase.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov


**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

- None.